

Steven Alan Schwartz, for Gary and Marie Goodman, Individually and on behalf of all others similarly situated.

Michael Joseph Sweeney, James Robert Miller, Pittsburgh, got PPG Industries, Inc.

David R. Fine, Robert L. Byer, for Pennsylvania Manufacturers Association.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of November, 2005, the Order of the Superior Court is hereby **AFFIRMED.**

K.B. II, K.B., and B.B., Appellees,

v.

C.B.F., Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 20, 2004.

Decided Nov. 28, 2005.

Lisa Marie Vari, Pittsburgh, for C.F.

Thomas W. Corbett, Jr., Harrisburg, for Com. of Pa.

James L. Liberto, Greensburg, for K.B., and B.B.

Alberta Rae Beardsley, for K.B., II.

### ORDER

PER CURIAM.

**AND NOW** this 28th day of November 2005, the appeal is dismissed as having been improvidently granted.